**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:25-mj-00112 |
| **v.** | Assigned To: Judge Upadhyaya, Moxila A. |
| **THOMAS PHAM LEGRO,** | Assign. Date: 6/26/2025 |
| **Defendant** | Description: COMPLAINT W/ARREST WARRANT |
| | **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Remy M. Walsh, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## AFFIANT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since April 2021, and I am currently assigned to the Washington Field Office Child Exploitation and Human Trafficking Task Force. While employed by FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, including but not limited to the illegal possession, receipt, distribution, advertisement, and production of material depicting the sexual exploitation of minors. As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. I have gained experience in these investigations through training, discussions with other law enforcement officers and computer forensic examiners, and everyday work conducting these

types of investigations. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in many forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause to arrest the defendant. It does not set forth all of my knowledge, or the knowledge of others, about this matter. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

3.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(4)(B), Possession of Child Pornography, have been committed by Thomas Legro (the "SUBJECT").















23. A check of law enforcement databases revealed that on or about April 2006, the FBI Headquarters, Child Exploitation Operational Unit, was investigating E-Gold, a digital currency online platform. Based on my review of law enforcement records, several child pornography websites that advertised memberships and downloads used E-Gold as the primary means by which individuals would purchase child pornography from the websites. The investigation identified multiple E-Gold users, including an E-Gold user under account ID 2180887, username "Samsung", telephone number 202-265-XXXX, email address thomasp@outgun.com, address XXXX Adams Mill Road, Washington, D.C. 20009. Open source records checks revealed address XXXX Adams Mill Road, Washington, D.C. was a former address associated to THOMAS LEGRO. The law enforcement records indicated the account was registered on or about June 14, 2005, and last accessed on October 27, 2005.[2]

24. As part of that investigation, the FBI Child Exploitation Operational Unit served a subpoena to Outblaze, Limited, for information associated to email address thomasp@xxxx.com. On April 6, 2006, Outblaze responded to the subpoena and listed the subscriber as Thomas LeGro, other email address: legrot@xxxx.com, gender: male, date of birth xx/xx/1976.[3]

---

2 Further review of law enforcement records revealed that on June 28, 2007, the E-Gold account with username Samsung was designated with a memo "Freeze: CP Buyer." It was also designated with the Seller Category "CP Buyer" and was associated to at least one transaction with another user using account ID 2181002, username "lee." "CP" is a common abbreviation for "child pornography."

3 The date of birth associated to this footnote was the same date of birth for the Thomas LeGro referenced throughout this document. The information was redacted for privacy purposes.

25. Further review of the E-Gold investigation records revealed two additional accounts, account ID 1277870, username "Samsung", and 1791229, username "legrot". The two additional accounts were both associated to XXXX Adams Mill Road, Washington, D.C. and telephone number 202-265-XXXX. The two additional accounts were associated to email address legrot@xxxx.net.

26. Pursuant to data received from pen register/trap and trace, account information was obtained for internet activity associated with LEGRO's Verizon internet account. The pen register/trap and trace was signed on May 8, 2025. Analysis of those records revealed from May 15, 2025, through May 23, 2025, there were approximately six instances when internet activity was believed to be associated to previously identified TOR internet nodes.[4]

27. On June 24, 2025, the Honorable Moxila A. Upadhyaya, United States Magistrate Judge of the United States District Court for the District of Columbia signed a warrant authorizing the search of the SUBJECT's residence.

28. On June 26, 2025, FBI Agents executed the search warrant at the SUBJECT's residence.

29. Several devices were seized during the execution of the search warrant to include an Apple MacBook, serial number QV04T2P45G, that was seized from an office area located in the basement of the SUBJECT's residence. The laptop contained a user profile for Thomas Legro.

30. A review of the Apple MacBook laptop revealed a folder located under the file path: Users-legrot-Movies-TV-Media-Home Videos, that contained 11 videos depicting child pornography. A summary of six of the videos is as follows:

| | | |
|---|---|---|
| | | video, the adult male ejaculates into the prepubescent female's mouth. |

31. At another point during the execution of the search warrant agents observed what appeared to be fractured pieces of a hard drive in the hallway on the basement of the residence, and the empty covering of a hard drive in an office in the basement of the residence. The aforementioned hallway led from the bottom of the basement stairs to the office. When agents first entered the residence on June 26, they observed LEGRO in the doorway at the top of the basement stairs.

**CONCLUSION**

32. I submit that this affidavit establishes probable cause to believe that Thomas LEGRO violated 18 U.S.C. 2252(a)(4)(B), Possession of Child Pornography.

Respectfully submitted,

______________________________
Remy M. Walsh
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on June 26, 2025.

______________________________
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE