UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 25-CR-192 |
| | : |
| THOMAS LEGRO, | : |
| | : |
| Defendant. | : |

**JOINT MOTION TO CONTINUE
AND EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney Tezira Abe, respectfully file this Joint Motion to Continue the status hearing scheduled for September 30, 2025, for approximately 30 days. In support thereof, the parties state as follows:

1. Since the initial status hearing on July 29, 2025, the government's filter team and case agent have completed their reviews of the defendant's devices.

2. The government has informed the defense of the plea offer in this case and anticipates providing the plea paperwork to the defense this week.

3. The parties are requesting that the Court continue the September 30, 2025, status hearing for approximately 30 days to allow the parties to finalize plea negotiations.

4. The parties further request that the time between September 30, 2025, and the next hearing date be excluded in computing the date for speedy trial in this case and submit that "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A).

1

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

By:    */s/ Caroline Burrell*
        CA Bar No. 283687
        Assistant United States Attorney
        United States Attorney's Office
        601 D St, N.W.
        Washington, DC 20530
        Phone: (202) 815-8613

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 25-CR-192 |
| : | |
| THOMAS LEGRO, : | |
| : | |
| Defendant. : | |

## ORDER

This matter having come before the Court pursuant to a Joint Motion to Continue and Exclude time, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the status hearing scheduled for September 30, 2025, to _____; it is

FURTHER ORDERED that the period from September 30, 2025, to _____ be excluded from computing the time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

It Is So Ordered.

_____
JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE