# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 25-CR-192** |
| : | |
| **THOMAS LEGRO,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE
## AND EXCLUDE TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney Tezira Abe, respectfully file this Joint Motion to Continue the status hearing scheduled for October 30, 2025, for approximately three weeks. In support thereof, the parties state as follows:

1. Since the parties' prior request for a continuance, the government has provided the defense with the plea paperwork. Defense counsel has only recently finished trial and requests additional time to discuss the paperwork with the defendant.

2. The parties are requesting that the Court continue the October 30, 2025, status hearing until the week of November 17, 2025, to allow the parties to finalize plea negotiations.[1]

3. The parties further request that the time between October 30, 2025, and the next hearing date be excluded in computing the date for speedy trial in this case and submit that "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A).

---

[1] Government counsel will be out of the jurisdiction during the week of November 10.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

By:   */s/ Caroline Burrell*
        CA Bar No. 283687
        Assistant United States Attorney
        United States Attorney's Office
        601 D St, N.W.
        Washington, DC 20530
        Phone: (202) 815-8613

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 25-CR-192** |
| : | |
| **THOMAS LEGRO,** : | |
| : | |
| **Defendant.** : | |

### **ORDER**

This matter having come before the Court pursuant to a Joint Motion to Continue and Exclude time, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the status hearing scheduled for October 30, 2025, to _____; it is

FURTHER ORDERED that the period from October 30, 2025, to _____ be excluded from computing the time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

It Is So Ordered.

_____
JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE