**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 25-CR-192** |
| : | |
| **THOMAS LEGRO,** : | |
| : | |
| **Defendant.** : | |

**JOINT MOTION TO CONTINUE**
**AND EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney Tezira Abe, respectfully file this Joint Motion to Continue the status hearing scheduled for December 8, 2025, for approximately 30 days. In support thereof, the parties state as follows:

1. The parties continue to engage in good-faith plea negotiations. On November 12, 2025, defense counsel emailed the government with questions about the sentencing enhancements within the plea and proposed a counteroffer. On November 21, 2025, the government responded to the defense's questions and rejected the counteroffer.

2. Defense counsel is currently out of the country due to an unexpected personal matter. As a result, she has not had the opportunity to discuss the government's responses with her client and is unavailable for the December 8 hearing.

3. The parties are requesting that the Court continue the December 8, 2025, status hearing for 30 days, to allow the parties to finalize plea negotiations.

4. The parties further request that the time between December 8, 2025, and the next hearing date be excluded in computing the date for speedy trial in this case and submit that "the ends of justice served by the granting of such continuance [will] outweigh the best interests of

the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), by allowing the parties to come to a resolution in this case.

                                                       Respectfully submitted,

                                                       JEANINE FERRIS PIRRO
                                                       United States Attorney

By:   */s/ Caroline Burrell*
       CA Bar No. 283687
       Assistant United States Attorney
       United States Attorney's Office
       601 D St, N.W.
       Washington, DC 20530
       Phone: (202) 815-8613

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 25-CR-192 |
| : | |
| THOMAS LEGRO, : | |
| : | |
| Defendant. : | |

## ORDER

This matter having come before the Court pursuant to a Joint Motion to Continue and Exclude time, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the status hearing scheduled for December 8, 2025, to _____; it is

FURTHER ORDERED that the period from December 8, 2025, to _____ be excluded from computing the time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

It Is So Ordered.

_____
JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE